# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 581 | **DATE** | 7/24/2008 |
| **CASE TITLE** | UNITED STATES OF AMERICA vs. MICHAEL MOSTER | | |

**DOCKET ENTRY TEXT**

On the court's own motion, the arraignment set on July 31, 2008 is reset on August 7, 2008 at 9:00 a.m.

*Suzanne B. Conlon*

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | WH |
|---|---|---|