USA-153 Consent to Transfer of Case for Plea and Sentence (Under Rule 20)

FILED
JUL 29 2008
7-29-08
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

In the United States District Court

for the **NORTHERN** DISTRICT OF **ILLINOIS**

UNITED STATES OF AMERICA
V.
MICHAEL MOSTER

CRIMINAL NUMBER: 08 CR 581

Consent to Transfer of Case for Plea
and Sentence
*(Under Rule 20)*

I, **MICHAEL MOSTER**, defendant, have been informed that an *(indictment, information, complaint)* is pending against me in the above designated cause. I wish to plead **GUILTY** to the offense charged, to consent to the disposition of the case in the **Southern** District of **New York** in which I, **am present**, (am under arrest, am held) and to waive trial in the above captioned District.

Dated: July 28, 2008 at NY, NY

_____
(Defendant)

_____
(Witness)

_____
(Counsel for Defendants)

_____
(Assistant United States Attorney)  AUSA-NDIL

Approved

_Patrick J Fitzgerald, by DMS_
United States Attorney for the
**Northern** District of
**Illinois**

_Michael J. Garcia_
United States Attorney for the
**Southern** District of
**New York**

**U.S. Department of Justice**                                    Rule 20 -- Transfer Notice

| To: Clerk of the Court | District: Northern District of Illinois | Date: July 25, 2008 |
|---|---|---|
| Name of Subject: MICHAEL MOSTER | Statute Violated: 18 USC 1005 | File Data *(Initials and Number)* |

### Part A -- District of Arrest

☐ The above-named subject has been apprehended in this jurisdiction and indicates amenability to Rule 20 disposition of the changes pending against him in your court. Kindly indicate whether you are agreeable to Rule 20 disposition and forward two certified copies of indictment or information if any.

☐ Enclosed is a certified copy of waiver of indictment by defendant. Kindly file criminal information and forward two certified copies thereof.

☐ Enclosed is Consent to Transfer form executed in duplicate (one copy for your files) by defendant and the United States Attorney in the district of arrest. Kindly add your consent and have the Clerk of your district transmit the papers in the proceeding or certified copies thereof to the Clerk of the Court in this district in accordance with the Rule Docket No.

☐ Other *(Specify)*:

☐ The above-named defendant entered a plea of guilty under Rule 20.
**Date of Plea         Date of Sentence         Sentence**

| From *(Signature and Title)* | Address |
|---|---|
|  |  |

### Part B -- District of Offense

☒ I am agreeable to Rule 20 disposition.

☐ I am not agreeable to Rule 20 disposition. Defendant's appearance is desired at _____ on _____ at _____ o'clock

*(Kindly notify me of any anticipated delay)*
☒ Enclosed are two certified copies of indictment or information          Docket No. _____

☒ Please have defendant execute waiver of indictment.

☐ Other *(Specify)*:

| Signature *(Name and Title)* Patrick J. Fitzgerald, Patrick J. Fitzgerald, United States Attorney by DAS | District: Northern District of Illinois | Date: July 25, 2008 |
|---|---|---|

See United States Attorneys Manual 9-14.000 for an explaination of procedures under Rules 7 & 20, Federal Rules of Criminal Procedure.
**Replaces OBD-101, Fed. 83 edition may be used**

FORM USA-231
NOV. 85