**UNITED STATES DISTRICT COURT**
EVERETT MCKINLEY DIRKSEN BUILDING
UNITED STATES COURT HOUSE
219 S. DEARBORN STREET
CHICAGO ILLINOIS 60604

**MICHAEL W. DOBBINS,**                                           **OFFICE OF THE CLERK**
   **CLERK**                                        August 7, 2008

Southern District New York
Mr. John Michael McMahon, Clerk
United States District Court
120 Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

RE: United States of America   vs.  Michael Moster
Transferring District's Case Number: 08 CR 581
Receiving District's Case Number:


Dear Clerk of Court:

    Pursuant to Rule 20 of the Federal Rules of Criminal Procedure, enclosed are the following        documents:

                  Original Consent to Transfer Under Rule 20 Form

                  Certified copy of Indictment

                  Certified copy of docket entries

     which I hereby certify are the originals filed in this Court on the above cause.

    Please acknowledge receipt of the above documents on the enclosed copy of this letter.

                                     MICHAEL W . DOBBINS
                                     Clerk of the U.S. District Court


                                     By:
                                   Marsha E. Glenn, Deputy Clerk



       DATE RECEIVED :