

**FILED**

AUG 1 8 2008   NR

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

08 cr 581

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: 08 CR 581

   Southern District New York
   Mr. John Michael McMahon, Clerk
   United States District Court
   120 Daniel Patrick Moynihan
   United States Courthouse
   500 Pearl Street
   New York, NY 10007-1312

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

   08 CR 581 2008
   U.S.D.C. - S.D.N.Y.

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)   7006 0100 0001 7313 4849

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540